HAMMONDLAW, P.C.
JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
11780 W Sample Rd., Suite 103
Coral Springs, FL 33065
(310) 601-6766
(310) 295-2385 (Fax)

Attorneys for Plaintiff and the Putative Class


JACKSON LEWIS, P.C.
NATHAN W. AUSTIN (SBN 219672)
nathan.austin@jacksonlewis.com
CHRISTOPHER J. TRUXLER (SBN 282354)
kaitlyn.lavaroni@jacksonlewis.com
400 Capitol Mall, Suite 1600
Sacramento, California 95814
(916) 341-0404
(916) 341-0141

Attorneys for Defendant University of the Pacific

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERENA SWEETLAND-GIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF THE PACIFIC, a California Non-Profit Corporation,<br><br>Defendant. | CASE NO. 2:20-cv-02545-TLN-KJN<br><br>**JOINT STIPULATION FOR REMAND PURSUANT TO SETTLEMENT; ORDER**<br><br>The Honorable Troy Lynne Nunley |

Plaintiff Cerena Sweetland-Gil ("Plaintiff") and Defendant University of the Pacific ("Defendant"), collectively referred to as the "Parties," through their respective counsel of record, file this Joint Stipulation for Remand Pursuant to Settlement (the "Remand Stipulation") as follows:

WHEREAS, this action was filed originally in San Joaquin County Superior Court, Case No. STK-CV-UOE-2019-14682, on November 4, 2019 ("State Court Action"), alleging causes of action for the violations of California Labor Code §§ 226.2, 1194, 1194.2, 201-203, 226(a), (e) and IWC Wage Order No. 4-2001, § 4, and Business and Professions Code §§ 17200, *et seq.*;

WHEREAS, Plaintiff filed a First Amended Complaint in the State Court Action or January 27, 2020, adding a cause of action for civil penalties pursuant to the Private Attorneys General Act, California Labor Code § 2698 *et seq.*, based on the above violations and based on the violation of Labor Code § 226.7;

WHEREAS, on December 29, 2020, Defendant removed the State Action under the Class Action Fairness Act of 2005 to this Court. The State Action once removed to federal court, was designated as Case No. 2:20-cv-02545-TLN-KJN ("Federal Action");

WHEREAS, on March 26, 2021 and April 16, 2021, the Parties participated in a private mediation and reached a settlement in principal;

WHEREAS, on July 1, 2021, the Parties executed a "Class Action Settlement Agreement" that resolves the State Court Action described above;

WHEREAS, the Settlement Agreement contemplates that the Federal Action currently before this Court will be remanded, solely for settlement purposes, back to the state court where the action was commenced. Such remand is agreed to by the Parties without any admissions or concessions regarding the appropriate venue or jurisdiction of this litigation if for any reason the settlement agreement is not finally approved.

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record that, subject to the Court's approval, the State Action be remanded to the San

1

Joaquin County Superior Court where it was commenced for the sole purpose of effecting the Settlement Agreement, without waiver of the Parties' rights to remove the action to federal court in the future.

Dated: July 13, 2021

Respectfully submitted,

HAMMONDLAW, P.C.

　/s/ Julian Hammond　
Julian Hammond
Attorneys for Plaintiff

JACKSON LEWIS, P.C.

　/s/ Christopher J. Truxler　
Nathan W. Austin
Christopher J. Truxler
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 13, 2021

_____
Troy L. Nunley
United States District Judge